# Order

Michigan Supreme Court
Lansing, Michigan

June 23, 2021

162414 & (85)(86)(87)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

JOSHUA ZACKS,
            Plaintiff,

v

JEFF ZACKS, d/b/a UNLIMITED
INSTALLATIONS SERVICES,
            Defendant,

and

1101 WASHINGTON, LLC,
            Defendant/Cross-Plaintiff-
            Appellant,

and

TOTAL OUTDOOR CORPORATION,
            Defendant/Cross-Defendant-
            Appellee.
_____/

SC: 162414
COA: 342274
Wayne CC: 16-000653-NI

On order of the Court, the application for leave to appeal the November 19, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for immediate consideration of the motion for stay and the motion to amend motion for immediate consideration are GRANTED. The motion for stay is DENIED.

ZAHRA, J., would grant leave to appeal.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021

b0616



Clerk